UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PNC Bank, National Association,
a national banking association,

    Plaintiff,

vs                                      Case No. 5:16-cv-12663-JEL-RSW
                                          Hon. Judith E. Levy
                                          Mag. Judge R. Steven Whalen

A & H Contractors, Inc., a Michigan
corporation, and Thomas E. Hardiman, Sr.,
United States of America-Department of
the Treasury and State of Michigan-
Department of Treasury,

    Defendants.
_____

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT STATE OF MICHIGAN-DEPARTMENT OF TREASURY ONLY**

**Recitals**

    A.    State of Michigan-Department of Treasury was named as a party, based upon the filing of a lien upon the assets of Defendant A & H Contractors, Inc.

    B.    As of the date of this pleading, there does not appear that there are assets available to be liquidated for the full or partial satisfaction of the

indebtedness secured by the lien of the State of Michigan-Department of Treasury described above.

NOW, THEREFORE, based upon the foregoing, and the stipulation of the parties, IT IS ORDERED:

This case is dismissed without prejudice as to Defendant State of Michigan-Department of Treasury only.

IT IS SO ORDERED.

Dated: August 29, 2018　　　　　　　　s/Judith E. Levy
　　　　Ann Arbor, MI　　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　　　United States District Judge

Stipulated and agreed to:

Plunkett Cooney

/s/Douglas C. Bernstein
Douglas C. Bernstein (P33833)
Attorneys for Plaintiff

Clark Hill PLC

/s/Joel D. Applebaum
Joel D. Applebaum (P36774)
Attorneys for Court-Appointed Receiver

Blevins, Sanborn, Jezdimir Zack PLC

/s/Don W. Blevins
Don W. Blevins (P64146)
Attorneys for A & H and Hardiman

/s/Moe Freedman
Moe Freedman (P74224)

Assistant Attorney General
SCFRA and Collections Division

3

Assistant Attorney General
SCFRA and Collections Division